UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NILENE WEEKES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MADISON WOMEN'S CLINIC, PLLC,<br><br>　　　　　　Defendant. | Case No. 4:12-cv-00497-BLW<br><br>**ORDER** |

　　　The Court has before it Defendant's Amended Motion for Leave to File Amended Answer (Dkt. 14). The motion is unopposed. Pursuant to Federal Rule of Civil Procedure 15, the Court will grant the motion.

**IT IS ORDERED:**

1. Defendant's Amended Motion for Leave to File Amended Answer (Dkt. 14) is **GRANTED**.

DATED: **February 13, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge